B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**RANDOLPH PARTNERS, LLC - 740 SERIES** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0611756** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**740 North Rush Street**<br>**Suite 400**<br>**Chicago, IL**        ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
   in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
   under Title 26 of the United States
   Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
   of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
   of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
   defined in 11 U.S.C. § 101(8) as
   "incurred by an individual primarily for
   a personal, family, or household purpose."

■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
   attach signed application for the court's consideration certifying that the
   debtor is unable to pay fee except in installments. Rule 1006(b). See Official
   Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
   attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
   are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
   in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
   there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                        Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **RANDOLPH PARTNERS, LLC - 740 SERIES** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td></tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>          _____<br>          (Name of landlord that obtained judgment)<br><br><br>          _____<br>          (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                      Page 3

# Voluntary Petition

| | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **RANDOLPH PARTNERS, LLC - 740 SERIES** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael L. Gesas**
   Signature of Attorney for Debtor(s)

   **Michael L. Gesas 06186924**
   Printed Name of Attorney for Debtor(s)

   **Arnstein & Lehr LLP**
   Firm Name

   **120 South Riverside Plaza**
   **Suite 1200**
   **Chicago, IL 60606**

   Address

         **Email: mlgesas@arnstein.com**
   **(312) 876-7125  Fax: (312) 876-6260**
   Telephone Number

   **February 16, 2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Apostolou**
   Signature of Authorized Individual

   **John Apostolou**
   Printed Name of Authorized Individual

   **Manager**
   Title of Authorized Individual

   **February 16, 2011**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

GIORDANO'S ENTERPRISES, INC.
ILLINOIS MANAGEMENT COMPANY, INC.
JBA EQUIPMENT FINANCE, INC.
ALAMONTE PARTNERS, LLC
GIORDANO'S FRANCHISE, INC.
GIORDANO'S OF FLORIDA, INC.
GIORDANO'S RESTAURANTS, INC.
GIORDANO'S FAMOUS STUFFED PIZZA, INC.
AMERICANA FOODS, INC.
PIZZA PIZAZZE, INC.
GIORDANO'S, LLC
OAKBROOK PARTNERS, LLC
RANDOLPH PARTNERS, LLC
RANDOLPH PARTNERS, LLC 20-24 SERIES
RANDOLPH PARTNERS, LLC - 327 SERIES
RANDOLPH PARTNERS, LLC - LAKE STREET SERIES
RANDOLPH PARTNERS, LLC - FORMOSA SERIES
RANDOLPH PARTNERS, LLC - MINOOKA SERIES
RANDOLPH PARTNERS, LP
RANDOLPH PARTNERS, LLC - 740 SERIES
RANDOLPH PARTNERS, LLC - 308 SERIES
RANDOLPH PARTNERS, LLC - OGDEN OSWEGO SERIES
RANDOLPH PARTNERS, LLC - 1425 SERIES
RANDOLPH PARTNERS, LLC - MOUNT PROSPECT SERIES
BELMONT PIZZA, INC.
RUSH PIZZA, INC.
GREEKTOWN PIZZA, INC.
ROSEMONT PIZZA, INC.
WILLOWBROOK PIZZA, INC.
RANDOLPH PARTNERS, LLC - SHERBERTH SERIES
RANDOLPH PARTNERS, LLC - OAKBROOK PARTNERS SERIES
RANDOLPH PARTNERS, LLC - COTTON LANE SERIES
RANDOLPH PARTNERS, LLC - RANDALL ORCHARD SERIES

**EXHIBIT A**

**UNANIMOUS WRITTEN CONSENT OF**
**THE MANAGERS OF**
**RANDOLPH PARTNERS, LLC – 740 SERIES**
**A LIMITED LIABILITY COMPANY FORMED UNDER THE LAWS OF DELAWARE**
**(the "Company")**

The undersigned, being the sole Manager of the Company, in lieu of holding a special meeting hereby consents to the following actions and adopt the following resolutions and directs that this consent be filed with the records of the Company:

**RESOLVED** that, in the judgment of the undersigned, it is desirable and in the best interest of the Company, its creditors, equity holders and other interested parties that the Company file a petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED FURTHER**, that the Managers of the Company be, and each of them hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at such time as any such officer executing such petition shall determine; and

**RESOLVED FURTHER**, that the Managers of the Company, and each of them, are authorized and empowered, on behalf of and in the name of, the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all action they deem necessary in connection with the Company's Chapter 11 case and in connection with the restructuring of the Company's debt and other obligations of the Company and to put into effect the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that the Company shall retain the law firm of Arnstein & Lehr LLP, as its attorneys for the purposes of filing the Chapter 11 petition, and representing the Company in the Chapter 11 case and all matters related thereto on such terms as any Manager of the Company shall determine, subject to bankruptcy court approval.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent this _16_ day of February, 2011.

Manager:
**RANDOLPH PARTNERS, LP**

By: _John Apostolou_

John Apostolou, President of Illinois Management Company,
Inc., General Partner of Randolph Partners, LP, Manager

A JR CONSTRUCTION
3930 W. 68TH ST
CHICAGO, IL 60629


A-NOVA NEON & SIGN INC
2511 W SCHAUMBURG ROAD
SCHAUMBURG, IL 60194


AARON UFTRING
1206 W HENDERSON, #2N
CHICAGO, IL 60657


ACCURATE GLASS SHOP, INC.
3214 W. MONTROSE AVE
CHICAGO, IL 60618


ACTION ADVERTISING INC.
2420 S. MICHIGAN
CHICAGO, IL 60616


ADVANTAGE CLEANING & MAINTENAN
1235 N. ASHLAND AVE.
CHICAGO, IL 60622


AJAX HARDWOOD FLOORS
6103 N. ELSTON
CHICAGO, IL 60646


ALERT PROTECTIVE SERVICES INC.
3833 N. CICERO
CHICAGO, IL 60641


AMER DIVANOVIC
5461 N EAT RIVER ROAD
CHICAGO, IL 60656


AMERICAN CUSTOM FLOORING, INC.
3221 W IRVING PARK ROAD
CHICAGO, IL 60618


AMERICAN INDEPENDENT HEATING &
3408 N. CICERO AVE.
CHICAGO, IL 60641

AMIGOS PAINTING
13914 GREENBAY AVE.
BURNHAM, IL 60633


ANDERSON ELEVATOR COMPANY
2801 S. 19TH AVE.
BROADVIEW, IL 60155


ANGEL A. GARZA
1330 N BOSWORTH AVE
CHICAGO, IL 60622


ANGELO STAMATOUKOUS - ARCHITEC
113 CENTRAL
WILLOWBROOK, IL 60527


APOLLO GLASS & MIRROR CO.
5047 W DIVERSEY AVENUE
CHICAGO, IL 60639


ASPEN KITCHEN AND BATH COMPANY
2133 W. DIVISION STREET
CHICAGO, IL 60622


Associate Area Counsel, SB/SE
200 W Adams Street
#2300
Chicago, IL 60606


B & G SHEET METAL
3056 W.WALTON
CHICAGO, IL 60622


Bank of America
Attn: Sophia Bobek
135 S LaSalle St
Chicago, IL 60603


BERNADETTE DUHR
5365 NORTH LYNCH AVENUE
CHICAGO, IL 60630


BERTON N. RING P.C.
123 WEST MADISON STREET
CHICAGO, IL 60602

BEST IMAGING SOLUTIONS
20 EAST RANDOLPH STREET
CHICAGO, IL 60601


BLOCKBUSTER PRINT.COM
0
0, 0


BLUE PLATE
1061 WEST VAN BUREN
CHICAGO, IL 60607


BORNQUIST, INC.
7050 N. LEHIGH AVE.
CHICAGO, IL 60646


BRANCH-NICOLOFF COMPANY
361 BALM COURT
WOOD DALE, IL 60191


BRAND ENERGY SERVICES, LLC
17315 SOUTH ASHLAND AVE
EAST HAZELCREST, IL 60429


BRAND SCAFFOLD RENTAL AND EREC
17315 ASHLAND AVE
EAST HAZEL CREST, IL 60429


BROKERS FINANCIAL SERVICES, IN
19500 MIDDLEBELT RD.
LIVONIA, MI 48152


BUZY CLEANING
2606 WEST WALTON STREET
CHICAGO, IL 60622


CARLOS GONZALEZ
63 W JACKSON SUITE 1122
CHICAGO, IL 60604


CCC OF NY
34 SEYMOUR STREET
TONAWANDA, NY 14150

CDW DIRECT, LLC
P.O. BOX 75723
CHICAGO, IL 60675-5723


CHICAGO BACKFLOW, INC.
12607 S LARAMINE AVE
ALSIP, IL 60803


CHICAGO DEPARTMENT OF BUILDING
0
0, 0


CHICAGO PRODUCERS
817 S WESTERN AVE
CHICAGO, IL 60612


CHILDRESS DUFFY GOLDBLATT, LTD
515 N STATE ST SUITE 2
CHICAGO, IL 60654


CHIROROS CONSTRUCTION
707 AUTUMN DRIVE
ROSELLE, IL 60172


CHRIS SATO
1820 ASHBURY
EVANSTON, IL 60201


CHRIS ZAK
0
CHICAGO, IL 60611


CITY CHICAGO DEPT WATER MANAGE
P.O. BOX 6330
CHICAGO, IL 60680-6330


CITY OF CHICAGO
0
0, 0


CITY OF CHICAGO - BANKRUPTCY UNIT
121 N LASALLE ST, RM 107
CHICAGO, IL 60602

CITY OF CHICAGO - DEPT OF REVE
8108 INNOVATION WAY
CHICAGO, IL 60682-0081


CITY OF CHICAGO DEPARTMENT OF
P.O. BOX 88298
CHICAGO, IL 60610-1298


COMMONWEALTH EDISON
BILL PAYMENT CENTER
CHICAGO, IL 60668-0001


COMPLETE PUMP SERVICE CO. INC
461 S. IRMEN DR.
ADDISON, IL 60101


COOK COUNTY TREASURER
P.O. BOX 4468
CAROL STREAM, IL 60197-4488


CTI
PO BOX 4783
CHICAGO, IL 60680


DABROWSKI & ASSOCIATES, iNC.
407 SOUTH DEARBORN
CHICAGO, IL 60605


DAN MILLER ARCHITECTS, LTD
2041 W. BELL PLAIN AVE.
CHICAGO, IL 60612


DARIO DEPAZ
1631 MULBERRY COURT
ELGIN, IL 60123


DELTA
139 CROSSEN AVE.
ELK GROVE VILLAGE, IL 60007


Dept of the Treasury IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

DIRECT ENERGY SERVICE, LLC
P.O. BOX 1659
NEW YORK, NY 10008-1659


DMS DECOR
7450 NORTH LINCOLN AVE.
SKOKIE, IL 60076


DONE PLUMBING & SEWER SERVCIES
1818 DEMPSTER
EVANSTON, IL 60202


DOOR SYSEMS, INC.
751 EXPRESSWAY DRIVE
ITASCA, IL 60143


EPCO PAINT & WALLPAPER
2538 GREEN BAY
EVANSTON, IL 60201


FASTSIGNS
180 N. WACKER
CHICAGO, IL 60606


FEWER BOILDER, INC.
4333 COTTAGE GROVE AVE
CHICAGO, IL 60653-3513


Fifth Third Bank Jeffrey K Tischler, VP
1000 Town Center Dr
#1400 MD JTWN5G
Southfield, MI 48075


FRANK TUREK
1135 W CHICAGO AVE
CHICAGO, IL 60622


G & B PLUMBING, INC.
7000 LE CLAIRE
SKOKIE, IL 60077


GARY RILEY
10214 HYACINATH DRIVE
ORLAND PARK, IL 60462

GENERAL CASUALTY INSURANCE COM
PO BOX 3109
MILWAUKEE, WI 53201-3109


GILDARDO GARCIA
4911 NORTH SPRINGFIELD
CHICAGO, IL 60625


GIORDANO'S FRANCHISE INC.
740 N. RUSH
CHICAGO, IL 60611


GLENVIEW STATE BANK
800 WAUKEGAN RD.
GLENVIEW, IL 06002-5431


GLOBAL FIRE PROTECTION COMPANY
5121 THATCHER ROAD
DOWNERS GROVE, IL 60515-4029


GOMEZ OSBERTO
4523 N. ST LOUIS
CHICAGO, IL 60645


GUS KANGADIS
7370 CICERO AVENUE
LINCOLNWOOD, IL 60712


H & N ELECTRIC, INC.
9920 WEST 187th STREET
MOKENA, IL 60448-9403


HARRY SOUMAKIS
195 LONGFORD COURT
ROSELLE, IL 60172


HERCULES IRON WORKS, INC.
848 WEST SUPERIOR
CHICAGO, IL 60622


HOLLAND GLASS & ART STUDIO, IN
848 EAGLE DRIVE
BENSENVILLE, IL 60016

HOME DEPOSIT CREDIT SERVICES
P.O. BOX 6029
THE LAKES, NV 88901-6029


HOME DEPOT
PO. BOX 6029
THE LAKES, NV 88901-6029


ILLINOIS DEPT OF REV - BANKRUPTCY UNIT
100 W RANDOLPH 7-400
CHICAGO, IL 60601


Illinois Dept of Revenue Bankruptcy Sect
Level 7-425
100 W Randolph St
Chicago, IL 60101


INK SMITH INC
3352 MILWAUKEE AVE.
CHICAGO, IL 60641


INTEGRYS ENERGY SERVICES INC.
P.O. BOX 19046
GREEN BAY, WI 54307-9046


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


IRMA SALAZAR
C/O ON-AIRR PRODUCTIONS
0, 0


IVAN MATA
1422 LARKING AVENUE
ELGIN, IL 60123


JAMES FREE
738 NORTH MAY STREET
CHICAGO, IL 60622


JAMES RANGEL
1515 W. MONROE
CHICAGO, IL 60606

JAMIE TRUJILLO
1268 INVERRARY LN.
PALATINE, IL 60074


JERRY LAMBRINATOS
6715 EAST PRAIRIE
LINCOLNWOOD, IL 60712


JESUS CHAVEZ
0
0, 0


JIM RYAN
6033 N. OZANAM
CHICAGO, IL 60631


JIM THALE
0
0, 0


JIMMY RANGER
1515 W. MONROE
CHICAGO, IL 60606


JOHN APOSTOLOU
2330 MOHAWK
GLENVIEW, IL 60025


JOHN DUHR
5365 NORTH LYNCH
CHICAGO, IL 60630


JOHN SASH
0
CHICAGO, IL 60611


JOHNNY COLON
2347 WEST THOMAS
CHICAGO, IL 60622


JORGE RODRIGUEZ
1668 W. FARWEL APT 2D
CHICAGO, IL 60077

JUAN CONSTRUCTION
0
0, 0


JUAN DEMOLITION
0
0, 0


JUAN EMMANUEL ALVARADO
26 McLEAN
ELGIN, IL 60123


JUAN FISCAL
710 NORTH RACINE
CHICAGO, IL 60642


JUAN MUNOZ
2211 WEST ERIE ST.
CHICAGO, IL 60612


JUAN MUNOZ DEMOLITION
0
0, 0


KARE & ASSOSIATES
100 N. LASALLE STREET
CHICAGO, IL 60602


KELLY
P.O. BOX 277
WARRENVILLE, IL 60555


LAGIS CONSTRUCTION, LLC
9444 OLIPHANT AVE.
MORTON GROVE, IL 60053


LINCOLN PARK SAVINGS
P.O. BOX 35027
COLORADO SPRINGS, CO 80935-3527


M&I HEATING & COOLING SERVICES
6230 N. ARTESIAN AVE.
CHICAGO, IL 60659

MANIOTIS INSURANCE AGENCY
203 ROYAL POINCIANA WAY
PALM BEACH, FL 33480


MARCO RUDE
0
0, 0


MARIA SOTIRAKOS
7720 LARAMIE
SKOKIE, IL 60677


MARIAN STANA
7720 LARAMIE
SKOKIE, IL 60077


MAURILIO ALVARADO
2930 LOUIS STREET
FRANKLIN PARK, IL 60131


MELISSA MAE GOVERNALE
5453 WEST LELAND AVENUE
CHICAGO, IL 60630


MENARDS
0
0, 0


MICHAEL NIETO
13914 GREENBAY AVE.
BURNHAM, IL 60633


MID-AMERICAN ELEVATOR CO., INC
820 N WOLCOTT AVE
CHICAGO, IL 60622


MIDAMERICAN ENERGY COMPANY
PO BOX 8020
DANVENPORT, IA 52808-8020


MIDWAY INDUSTRIES
P.O. BOX 370
REISTERSTOWN, MD 21136

MIDWESCO SERVICES
6153 MULFORD STREET
NILES, IL 60714-3427


MIGUEL PACHERO
4527 S. DRAKE STREET
CHICAGO, IL 60632


MIGUEL RAMIERZ
0
0, 0


MINOAN CORPORATION
3550 W. NORTHSHORE
LINCOLNWOOD, IL 60712-3749


MUNDO DEVELOPMENT CO.
P.O. BOX 389114
CHICAGO, IL 60638


MVP FIRE PROTECTION SYSTEMS IN
16524 S. KILBOURN AVE
OAK FOREST, IL 60618


NEO NETWORKS INC.
4030 OVERHILL AVE.
NORRIDGE, IL 60706


NOVA FIRE PROTECTION INC.
1530 WILEY ROAD
SCHAUMBURG, IL 60173


NUWAY TAX SERVICES, INC.
203 EAST PARK
MUNDELEIN, IL 60060


OAKBROOK MECHANICAL SERVICES,
961 SOUTH ROTE 83
ELMHURST, IL 60126-4993


OMNI-PUMP REPAIRS, INC.
9224 CHESTNUT AVENUE
FRANKLIN PARK, IL 60131

ON AIRR
0
0, 0


ONE FISCAL
0
0, 0


ORESTIS CONSTRUCTION
4239 N. HAMLIN
CHICAGO, IL 60618


OTIS ELEVATOR COMPANY
P.O. BOX 73579
CHICAGO, IL 60673-7579


OWL HARDWOOD LUMBER CO.
926 S. GRACELAND AVE.
DES PLAINES, IL 60016


OWL SUPPLY
1422 LARKING AVENUE
ELGIN, IL 60123


PALATINE BUILDERS SUPPLY
2251 NICHOLAS BLVD.
ELK GROVE VILLAGE, IL 60007


Patrick S. Layng
US Trustee (Region 11)
219 S Dearborn St, #873
Chicago, IL 60604


PEGGY SHEFFIELD
5241 MADISON AVE
SKOKIE, IL 60077


PEOPLES ENERGY SERVICES
231305 MOMENTUM PLACE
CHICAGO, IL 60689-5311


PEOPLES GAS
0
CHICAGO, IL 60687-0001

PETER LAMBRINATOS
3637 WEST ARTHUR AVENUE
LINCOLNWOOD, IL 60645


PETERSON GLASS COMPANY
5535 N. MILWAUKEE AVE.
CHICAGO, IL 60630


PIOTR SIEMIENIUK
845 WEST TURES LANE
DES PLAINES, IL 60018


PRIME BUILDING CONSTRUCTION
515 ZENITH DRIVE
GLENVIEW, IL 60025


PRIME GROUP MASONRY EXTERIORS
11870 HAEGERS BEND RD.
BARRINGTON HILLS, IL 60010


PRO-LINE DOOR SYSTEMS
716 N. EDGEWOOD AVE.
WOOD DALE, IL 60191


PROGRAM ONE
960 RAND RD SUITE 102
DES PLAINES, IL 60016


R.W.F. SERVICES
846 SADDLEWOOD DRIVE
GLEN ELLYN, IL 60137


Randall Klein / William A. Starshak
Goldberg Kohn Bell Black
55 E Monroe St. #3300
Chicago, IL 60603


REGENT SHADES & BLINDS
917 W IRVING PARK ROAD
CHCAGO, IL 60613


REINKE GYSUM SUPPLY CO, INC.
2440 S. WOLF RD.
DES PLAINES, IL 60016

RENEE NOWAK
6030 WEST BERNICE
CHICAGO, IL 60634


RICO GARIBAY
1118A DES PLAINS
FOREST PARK, IL 60130


ROSIE LAMBRINATOS
0
0, 0


SALB SASH & DOOR COMPANY
4265 WEST 43rd STREET
CHCIAGO, IL 60632


SAVANNAH KELLER
6015 N. FRANSISCO AVE.
CHICAGO, IL 60659


SEBASTIEN AUDINELLE
2658 WEST ARGYLE
CHICAGO, IL 60638


SMITHEREEN PEST MANAGEMENT
7400 N. MELVINA AVE
NILES, IL 60714


SPIRO LAMBRINATOS
3637 WEST ARTHUR AVENUE
LINCOLNWOOD, IL 60645


STAN DOBROWSKI
959 S. PARK TERRACE
CHICAGO, IL 60605


STATE FARM
2990 DUNDEE
NORTHBROOK, IL 60058-0433


SUBI IMAMOVIC
6536 N. CALIFORNIA
CHICAGO, IL 60645

SUPERIOR WATER MANAGEMENT, IN.
5361 RFD
LONG GROVE, IL 60047-9748


SYSTEMS PIPING, INC.
1625 HALF DAY ROAD
BANNOCKBURN, IL 60015


THE HARTFORD
P.O. BOX 2907
HARTFORD, CT 06104-2907


TOTAL INSURANCE AGENCY
3175 COMMERCIAL
NORTHBROOK, IL 60062


TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008


URBAN REAL ESTATE RESEARCH, IN
P.O. BOX 10940
CHICAGO, IL 60610


VANGELIS KONSTANTINIDIS
1243 FAW HOLLOW
WEST DUNDEE, IL 60118


VARGAS DRYWALL & TAPE, INC.
3712 S. GROVE
BERWYN, IL 60402


VASILIKI KOZONIS
250 EAST PEARSON
CHICAGO, IL 60611


VICTOR AGUILAR
1513 N. MONTICELLO
CHICAGO, IL


VIP ELECTRIC, INC.
7756 W ARDMORE AVE
CHICAGO, IL 60631

W.J. McGUIRE COMPANY
1825 HOLSTE RD.
NORTHBROOK, IL 60062


WASHINGTON MUTUAL
0
0, 0


WAY KEN
0
0, 0


WESTERN SECURITY SYSTEMS
P.O. BOX 46077
CHICAGO, IL 60646-0077


WILLIAM DART, LLC
111 W WASHINGTON ST
CHICAGO, IL 60602


WISS, JANNEY, ELSTNER ASSOCIAT
30 PFINGSTEN ROAD
NORTHBROOK, IL 60062


WM. H WOOD OVER HEARD DOOR SER
9311 SOUTH KEDZIE
EVERGREEN PARK, IL 60805


WROBLEWSKI ZBIGNIEW
0
CHICAGO, IL


ZBIGNIEW WROBLEWSKI
1656 W DIVISION ST
CHICAGO, IL 60622